**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| MEDLIANT INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JEDDY ANNE M. DELGADO, <br><br> *Defendant*. | Civ. Action No.: <br> 1:23-cv-00418-MAC |

**[PROPOSED] ORDER GRANTING DEFENDANT JEDDY ANNE DELGADO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On February 20, 2024, Defendant Jeddy Anne M. Delgado moved to dismiss Plaintiff Medliant Inc.'s complaint on the grounds of *forum non conveniens* and for failure to state a claim. In the alternative, Defendant moved the Court for a stay pursuant to the principles of comity, in light of a first-filed action involving the same parties filed in Nevada state court and currently pending in the United States District Court for the District of Nevada.

Having considered the motion and documents submitted by the parties, the Court **GRANTS** Defendant's motion and dismiss Medliant's complaint with prejudice.